## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

3DNS, INC.

    Plaintiffs,

v.

WOW AI, RICHARD LATONA, AND SCOTT WALKER

Defendants.

Civil Action No. 3:26-cv-01101-SCC

### Unsworn Statement Under Penalty of Perjury

I, Frank Vega Perez, of legal age, married, process server and resident of Toa Alta, Puerto Rico, do hereby declare, subject to perjury under the laws of United States of America, that all that is stated below is true and correct and based on my personal knowledge:

1.  My personal circumstances are those set forth above.

2.  On February 23, 2026, I received the Summonses to be served on WOW.AI LLC, Richard Latona, and Scott Walker.

3.  On February 27, 2026, I went to the address 151 San Francisco St. #200, San Juan, PR 00901, which is the address listed in the Puerto Rico Department of State's records for WOW.AI LLC. There, I spoke with Nestor Garcia, General Manager of the company Piloto 151, who explained that Piloto 151 receives and rents space for companies or individuals who do not have their own office. He further explained that they scan postal mail and send it by email to their customers. He confirmed that Richard Latona and WOW.AI LLC have a membership to receive mail there, that Richard Latona does not visit the Piloto 151 facility, and that he (Mr. Garcia) is not authorized to provide any additional information.

4.  Afterward, I went to the address Santurce Placid Court 68 No. 2, San Juan, PR 00907, one of the known addresses for Richard Latona. No one was present at the residence.

5.  I then went to 1362 Magdalena Ave., Apt. 1704, San Juan, PR 00907, a known address for Scott Walker. I spoke with a security guard, who did not identify himself. He stated that no one answered at the apartment and that he could not allow me to enter the complex.

6. On March 3, 2026, I returned to Scott Walker's address and was able to speak with Ricardo Gonzalez, who identified himself as Scott Walker's assistant. He informed me that Mr. Walker was not in Puerto Rico and that he was not authorized to receive the summons on his behalf. He stated he would speak with Scott Walker to arrange delivery of the summons. We exchanged cell phone numbers, and he said he would call me once he had an answer.

7. On that same date, I returned to Richard Latona's address, but no one was at the residence.

8. On March 6, 2026, I returned to Scott Walker's address and was not allowed to enter the complex. I called Ricardo Gonzalez, who stated that Scott Walker had not responded on whether he would accept service of the summons. He said he would speak again with Mr. Walker to obtain instructions on how to proceed with the delivery and that he would call me once he had an answer. I called Scott Walker on his cell phone and left a message, but he did not respond.

9. On that same date, I returned to Richard Latona's address, and again, no one was at the residence.

10. On March 10, 2026, I returned to Scott Walker's address and again was not allowed to enter the complex. I called Scott Walker, but he did not answer; I left a message, and he never responded. I also called Ricardo Gonzalez, who stated that Scott Walker had not responded to his question concerning summons delivery or confirmed whether he would accept service. Ricardo Gonzalez said he would call me if Scott Walker responded.

11. On that date, I returned to Richard Latona's address and was able to speak with Tim Deyley, the handyman. He informed me that Richard Latona was out of Puerto Rico and that he did not know when Mr. Latona would return.

12. On March 16, 2026, I returned to Scott Walker's address and was again not allowed to enter the complex. I called Ricardo Gonzalez, who stated that Scott Walker had not responded and that he would text Mr. Walker to see if he could obtain any instructions regarding the delivery of the summons. He said he would call me once he had an answer. I also called Scott Walker on his cell phone and left a message, but he did not respond.

13. I then returned to Richard Latona's address, and no one was at the residence.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge of the events at issue.

In San Juan, Puerto Rico, this 27 day of March, 2026.

Frank Vega Pérez

2