**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **3DNS, INC.,**<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>**WOW.AI LLC, RICHARD LATONA, AND SCOTT WALKER,**<br><br>　　　　Defendants | CIVIL NO. 26-1101 (SCC)<br><br>RE: **BREACH OF CONTRACT, DAMAGES, TORT, UNJUST ENRICHMENT.** |

**MOTION EVIDENCING SERVICE BY PUBLICATION**

**COMES NOW** Plaintiff 3DNS, Inc. ("3DNS"), by and through the undersigned counsel, and very respectfully alleges and requests as follows:

1.　　On February 19, 2026, 3DNS filed the above-captioned complaint against WOW.AI LLC, Richard Latona, and Scott Walker (collectively, the "Defendants"). See Docket No. 1.

2.　　On March 31, 2026, this Court granted 3DNS's Motion for Service by Publication and requested that 3DNS file the proposed summonses by April 7, 2026. See Docket No. 6.

3.　　On April 15, 2026, the summonses by publication as to each of the Defendants were published in the *El Nuevo Día* newspaper. See **Exhibits 1-3**.

4.　　Following publication, and in compliance with Puerto Rico Rule of Civil Procedure 4.6, also on April 15, 2026, 3DNS sent the Defendants copies of **(a)** the Complaint; **(b)** the Summonses by Publication; and **(c)** such Summonses, as published by *El Nuevo Día*, at each of the Defendants' last known addresses:

　　a. WOW.AI LLC, at 151 San Francisco #200, San Juan, PR, 00901;

　　b. Richard Latona, at Placid Court 68 No. 2, San Juan, PR, 00907; and

c.  Scott Walker, at 1362 Magdalena Ave., Apt. 1704, San Juan, PR, 00907.

See **Exhibits 4-6**.

5.      Accordingly, Defendants must file their responsive pleading on or before May 15, 2026.

**WHEREFORE**, Plaintiff 3DNS, Inc. respectfully requests that the Court take notice of the foregoing.

**IT IS HEREBY CERTIFIED** that, on this same date, a true copy of the foregoing was filed through the court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of April 2026.

**McCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue
Hato Rey, PR 00918,
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-9292
Fax (787) 759-8282

*s/Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR No. 211512
rcq@mcvpr.com

s/*Daniel J. Pérez-Refojos*
Daniel J. Pérez-Refojos
USDC-PR No. 303909
dpr@mcvpr.com

*Attorneys for 3DNS, Inc.*

2