**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**CIVIL NUM: 26-1101 (SCC)**

**3DNS, INC.,**

**VS.**

**WOW.AI LLC, RICHARD LATONA, ANDSCOTT WALKER (WOW.AI LLC)**

**SUMMONS BY PUBLICATION**

# AFFIDAVIT

I, Alfredo Rivera Rios, of legal age, single, employee and resident of San Juan, Puerto Rico, do solemnly swear that I am a Customer Service Representative for "**El Nuevo Dia**", a newspaper of general circulation in the Island of Puerto Rico, and I am dully authorized to declare that in the edition of this newspaper corresponding to **15 April, 2026** the following Legal Notice was published:

**ADA I. GARCIA-RIVERA, ESQ., CPA,**

In witness whereof and upon request of those concerned, I swear to and sign the present in Guaynabo, P.R. this _____ *17* _____ day of *April* _____, 20 *26*.

_____

**Affidavit No.** *14,664*

Acknowledged and sworn to before me by Alfredo Rivera Rios, of legal age, single, employee and resident of Corozal, Puerto Rico, as representative of "**El Nuevo Dia**", whom I know personally.

Guaynabo, P.R. _____ APR 1 7 2026 _____ 20__

_____
NOTARY PUBLIC

**McCONNELL VALDES**
**30140981**
15 April, 2026
El Nuevo Dia
CIVIL NUM: 26-1101 (SCC)

# edictos

39 EL NUEVO DÍA Miércoles, 15 de abril de 2026

**30140106**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA CENTRO JUDICIAL DE PONCE SALA SUPERIOR – 606 NOEL IBRAHIM CRUZ ALVAREZ PETICIONARIO EX PARTE CRIM. NÚM. PO2025CV0022B POR EXPEDIENTE DE DOMINIO EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A: PERSONAS IGNORADAS O DESCONOCIDAS ...

**77740467**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE BAYAMON ALFREDO CARRILLO CANCEL Y OTROS Parte Demandante EX PARTE CASO NÚM. BY2023CV0001776 CITACION POR EDICTO ESTADOS UNIDOS DE AMERICA ESTADO LIBRE ASOCIADO DE PUERTO RICO EL PRESIDENTE DE LOS EE.UU. A

**Personas desconocidas o personas que pueda perjudicar la inscripción solicitada..**

**77740100**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE BAYAMON SARAI ANNETTE OTERO NATER PETICIONARIA Y EX PARTE CIVIL NÚMERO: BY2025CV0404 sobre: EXPEDIENTE DE DOMINIO (ORDINARIO) CITACION POR EDICTO A: SERAFIN JIMENEZ ANGELA COLON Y MARIA VALENTINA AYALA ...

**99940313**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

**VICENTE MONTALVO CARDONA**
Parte Peticionaria
Vs.
**EX PARTE**
CIVIL NÚM.: UT2026CV00122 SOBRE:

**EXPEDIENTE DE DOMINIO NOTIFICACIÓN POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS S.S. ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**A: (I) PERSONAS IGNORADAS O DESCONOCIDAS A QUIENES PUDIERA PERJUDICAR LA INSCRIPCIÓN DEL DOMINIO A FAVOR DE LA PARTE PETICIONARIA EN EL REGISTRO DE LA PROPIEDAD Y TODA PERSONA EN GENERAL QUE CON DERECHO PARA ELLO DESEE OPONERSE AL EXPEDIENTE (II) AGUSTINA MÉNDEZ ROMÁN (DUEÑA ANTERIOR DEL PREDIO OBJETO DE LA PETICION) (III) FULANO DE TAL Y MENGANA DE TAL COMO MIEMBROS DESCONOCIDOS DE LA SUCESIÓN DE AGUSTINA MÉNDEZ ROMÁN (DUEÑOS ANTERIORES DEL PREDIO OBJETO DE LA PETICION)**

**30140873**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL GENERAL DE JUSTICIA TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

**NELIDA ARCE RIVERA, OCTAVIO RODRÍGUEZ, LA SOCIEDAD LEGAL DE GANANCIALES ENTRE NELIDA ARCE RIVERA Y OCTAVIO RODRÍGUEZ**
PARTE DEMANDANTE
Vs.
**ALEXIS ARCE RAMOS, ANGEL ARCE RAMOS, APRIL A ARCE Y OTROS**
PARTE DEMANDADA
CIVIL NÚM.: UT2025CV0058 SOBRE: DIVISIÓN C LIQUIDACIÓN DE LA COMUNIDAD DE BIENES HEREDITARIOS EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A:

**EVELYN ARCE (T/C/C EVELYN SANCHEZ)**
425 WINDSOR DR ELYRIA, OH 44035

**JOSEPH ARCE (T/C/C JOSEPH AL ARCE)**
1442 DONNA DR, APT 1 NEW TRIPOLI, PA 18066

**MOISES ARCE (T/C/C JUNIOR ARCE )**
P O BOX 434 HAMBERG, PA 19521

**JOSE ARCE (T/C/C JOSE SANCHEZ)**
5844 BONEFISH STREET ORLANDO, FLA 32812

**LUIS ANGEL ARCE MENDEZ**
311 E INDIANA AVE PHILADELPHIA, PA 19134

**ELIZABETH DE JESUS ARCE**
38608 RIVER DR, LEBANON, OR 97355

**APRIL A. ARCE**
3901 MAIN ROAD WEST EMMAUS, PENNSYLVANIA 18049

**IVETTE MAXWELL (T/C/C IVETTE ARCE T/C/C IVETTE SANCHEZ)**
2019 W. RIVER RD S, ELYRIA, OH 44035

**JAIME ARCE (T/C/C JAIME SANCHEZ)**
5344 BONEFISH ORLANDO, FL 32812

**30140876**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL GENERAL DE JUSTICIA TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

**SCOTT SLAVIN**
Parte Demandante
Vs.
**ISLAND EXTRACT LLC Y OTROS**
Parte Demandada
CIVIL NÚM.: UT2025CV0061 SOBRE: IMPUGNACIÓN DE CONTRATO EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A:

**ISLAND EXTRACT LLC ANTHONY RICCI, CRISTAL RICCI Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR ELLOS ANTONIO GARCÍA GONZÁLEZ, LUZ MARINA MENDOZA Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR ELLOS**

**30140932**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

**EIXA KAROL CARABALLO MALDONADO EIDA KAREN CARABALLO MALDONADO**
Demandantes
v.
**RENE MALDONADO ORTIZ JOSE ANTONIO MALDONADO ORTIZ JORGE LUIS MALDONADO ORTIZ**
Demandados

**30140933**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

**EIXA KAROL CARABALLO MALDONADO EIDA KAREN CARABALLO MALDONADO**
Demandantes
v.
**RENE MALDONADO ORTIZ JOSE ANTONIO MALDONADO ORTIZ JORGE LUIS MALDONADO ORTIZ**

**JOSÉ ANTONIO MALDONADO ORTIZ**

**30140935**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

**EIXA KAROL CARABALLO MALDONADO EIDA KAREN CARABALLO MALDONADO**
Demandantes
v.
**RENE MALDONADO ORTIZ JOSE ANTONIO MALDONADO ORTIZ JORGE LUIS MALDONADO ORTIZ**

**RENÉ MALDONADO ORTIZ**

**30140981**
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**3DNS, INC.,**
Plaintiff
v.
**WOW.AI LLC, RICHARD LATONA, AND SCOTT WALKER**
Defendants
CIVIL NO. 26-1101 (SCC) SUMMONS BY PUBLICATION TO

**WOW.AI LLC**

**30140982**
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**3DNS, INC.,**
Plaintiff
v.
**WOW.AI LLC, RICHARD LATONA, AND SCOTT WALKER**
Defendants
CIVIL NO. 26-1101 (SCC) SUMMONS BY PUBLICATION TO:

**RICHARD LATONA**

pressreader    PRINTED AND DISTRIBUTED BY PRESSREADER PressReader.com +1 604 278 4604 COPYRIGHT AND PROTECTED BY APPLICABLE LAW