**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**CIVIL NUM: 26-1101 (SCC)**

**3DNS, INC.,**

**VS.**

**WOW.AI LLC, RICHARD LATONA, ANDSCOTT WALKER (RICHARD LATONA)**

**SUMMONS BY PUBLICATION**

# A F F I D A V I T

I, Alfredo Rivera Rios, of legal age, single, employee and resident of San Juan, Puerto Rico, do solemnly swear that I am a Customer Service Representative for "**El Nuevo Dia**", a newspaper of general circulation in the Island of Puerto Rico, and I am dully authorized to declare that in the edition of this newspaper corresponding to **15 April, 2026** the following Legal Notice was published:

**ADA I. GARCIA-RIVERA, ESQ., CPA,**

In witness whereof and upon request of those concerned, I swear to and sign the present in Guaynabo, P.R. this _____17_____ day of ___April___, 20 **26**.

**Affidavit No.** _14,465_

Acknowledged and sworn to before me by Alfredo Rivera Rios, of legal age, single, employee and resident of Corozal, Puerto Rico, as representative of "**El Nuevo Dia**", whom I know personally.

Guaynabo, P.R. ___APR 1 7 2026___ 20___

NOTARY PUBLIC



**McCONNELL VALDES**
**30140982**
15 April, 2026
El Nuevo Dia
CIVIL NUM: 26-1101 (SCC)

# edictos

39 EL NUEVO DÍA Miércoles, 15 de abril de 2026

**30140106**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA CENTRO JUDICIAL DE PONCE SALA SUPERIOR – 606 NOEL IBRAHIM CRUZ ALVAREZ PETICIONARIO EX PARTE CRIM. NUM. PO2025CV00228 POR: EXPEDIENTE DE DOMINIO EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A: PERSONAS IGNORADAS O DESCONOCIDAS: Vista la Petición Enmendada jurada presentada por el peticionario el 4 de febrero de 2026, en el caso el epígrafe solicitando reconozca su derecho de dominio de la finca descrita en dicha Petición Enmendada, el Tribunal ordena la citación por edictos a las personas ignoradas o desconocidas a quienes pueda perjudicar la inscripción solicitada de la finca: URBANA Solar setenta y cinco (75), ubicado en la Calle León, de Ponce Norte, Puerto Rico, compuesto por de trescientos cincuenta ocho punto nueve mil cuarenta y nueve trece (0.0913) cuerdas Colindando por el NORTE, con Fernando Rosario Otero y el Municipio Autónomo de Ponce.; por el Sur, Nelly Báez Núñez, Epifanía Vargas Torres y Sucesión de Albert Otero y Sucesión de Saturnino Collazo Torres; por el ESTE, con Calle León; y por el OESTE con Edwin Ortiz Figueroa y Marín Medina Vargas. No tiene edificación Número de catastro: 389-032-108-07-001. Se ordena publicar dicho edicto por tres (3) veces, en el término de veinte (20) días en un periódico de circulación general diaria en Puerto Rico, para que comparezcan y aleguen su derecho, si alguno, en el plazo improrrogable de veinte (20) días a contar de la fecha de la última publicación del edicto, excluyendo el día de su publicación, después de lo cual se resolverá la procedente en ley. EXTIENDO BAJO MI FIRMA y el Sello del Tribuna hoy 10 de febrero de 2026. CARMEN TIRU QUIÑONES Secretaria Regional Por: Keilene Rodríguez Meléndez Secretaria Auxiliar

**77740100**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE BAYAMON SARAI ANNETTE OTERO NATER PETICIONARIA V EX PARTE CIVIL NUMERO: BY2025CV0494 sobre: EXPEDIENTE DE DOMINIO (ORDINARIO) CITACION POR EDICTO A: SERAFIN JIMENEZ ANGELA COLON Y MARIA VALENTINA AYALA Por la presente se notifica a ustedes que se le presentado ante este Tribunal el expediente arriba mencionado con el fin de justificar e inscribir a favor de la parte promovente el dominio que tiene sobre la propiedad que se describe a continuación: —— RUSTICA: Solar con el numero once (11) del plano del ingeniero Jorge Jr Sandín, con cabida de doscientos cincuenta y nueve puntos siete uno nueve (259.7119) metros cuadrados, en lindes por el Norte con el solar número doce (12), al Sur con el solar numero diez (10), al Este con la calle Central del predio conoctase de las carreteras seiscientos ochenta seis (686) y el Municipal, al Oest con la Barriada Sandín. —Enclava sobre el solar una propiedad par fines residenciales.— Dicho Solar consta inscrito en el Registro de Propiedad, ni ha sido tasado par fines contributivos. Es abogada de parte demandante la Lcda. Santos Pagán Santos, con oficinas en Carr. 2, Km 41.6, Edificio B, en Vega Baja Puerto Rico, 00693, Dirección Postal PO Box 1213, Manatí, Puerto Rico 00674, Tel. 787-458-2180 con dirección electrónica ledaspagan@yahoo.com. Y se notifica a ustedes para que hagan cualquier oposición dentro del término de veinte (20) días a contar desde que fueron notificados de esta citación después de lo cual la parte demandante podrá obtener se apruebe de acuerdo con la Ley este expediente y de ordene la inscripción a su nombre en el Registro de la Propiedad, Sección correspondiente del dominio de la finca objeto de la demanda. Usted deberá presentar su alegación responsiva a través de Sistema Unificado de Manejo y Administración de Casos (SUMAC) al cual puede acceder utilizando la siguiente dirección electrónica

**https://tribunalelectronico.ramajudici** salvo que se presente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaria del tribunal. POR ORDEN DE JESUS SOTO AMADEO, Juez de este Tribunal, expido la presente hoy 30 de marzo de 2026. Bayamón Puerto Rico, hoy 30 de marzo de 2026. ALICIA AYALA SANJURJO SECRETARIA Interina LUISA I ANDINO AYALA Secretaria Auxilia

**77740467**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE BAYAMON ALFREDO CARRILLO CANCEL V OTROS Parte Demandante EX PARTE CASO NUM. BY2023CV0001776 CITACION POR EDICTO ESTADO UNIDOS DE AMERICA ESTADO LIBRE ASOCIADO DE PUERTO RICO EL PRESIDENTE DE LOS EE.UU. A

## Personas desconocidas o personas con interés a quienes pueda perjudicar la inscripción solicitada..

Por la presente se le cita para que presente al tribunal su alegación responsiva dentro de los veinte (20) días a partir de última publicación de edicto. La publicación se hará en un periódico de circulación general diaria en la jurisdicción de Puerto Rico, en tres ocasiones dentro de término de 20 días. Usted deberá presentar su alegación responsiva a través del SISTEMA UNIFICADO DE MANEJO Y ADMINISTRACIÓN DE CASOS (SUMAC) al que puede accede utilizando la siguiente dirección electrónica:https://unired.ramajudicia salvo que se presente por derecho su alegación responsiva en la secretaria del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido termino, e tribunal podrá dictar sentencia en rebelión en su contra y concederá e remedio de Expediente de Dominio nombre en el Registro de la Propiedad, según solicitado en la demanda, o cualquier otro si e tribunal en el ejercicio de su sana discreción, lo entiende procedente sobre el inmueble que se describe: RUSTICA: Predio de terreno localizado en el Barrio Mamey I de Guaynabo, Puerto Rico con una cabida superficial de dos mil novecientos treinta y dos punto seis mil ochocientos cincuenta metro cuadrados (2,932.6850 m.c. equivalentes a cero punto siete mil cuatrocientos sesenta y una die milésimas de cuerda (0.7461 cds.). El lindes: por el Norte en dos alineaciones que suman 81.654 metros lineales con la Suc. Carlos Cancel Llopiz; por el Sur en do alineaciones que suman que suma 97.774 metros lineales con Camino Municipal, por el Este en cuatro alineaciones que suman 42.44 metros lineales con la Franja de Seguridad de la Quebrada Pozo Hondo, que la separa de terrenos de Julio Cruz Solano y por el Oeste en dos alineaciones que suman 20.59 metros lineales con Camino Municipal que lo separa de terreno de Julio Carrillo Figueroa. Enclava una estructura de uso residencial. Deberá notificar su alegación a: Elizabeth Quinone Rodríguez, PO Box 70250 #283, San Juan, P R 00936 Tel. (787) 530-7633 elizabeth.quinones@live.com Por Orden del Honorable Juez de Tribunal de Primera Instancia, Sala Superior de Bayamón, expido la presente para su publicación en la forma dispuesta por la Ley bajo mi firma y con el sello del Tribunal, hoy día 25 de marzo de 2026. ALICIA AYALA SANJURJO Interina SECRETARIO (A) LUISA I ANDINO AYALA SUB SECRETARIO (A)

**99940313**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

## VICENTE MONTALVO CARDONA
Parte Peticionaria
v.
## EX PARTE
CIVIL NÚM.: UT2026CV00122 SOBRE:

**EXPEDIENTE DE DOMINIO NOTIFICACIÓN POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS S.S. ESTADO LIBRE ASOCIADO DE PUERTO RICO**

## A: (I) PERSONAS IGNORADAS O DESCONOCIDAS A QUIENES PUDIERA PERJUDICAR LA INSCRIPCIÓN DEL DOMINIO A FAVOR DE LA PARTE PETICIONARIA EN EL REGISTRO DE LA PROPIEDAD Y TODA PERSONA EN GENERAL QUE CON DERECHO PARA ELLO DESEE OPONERSE AL EXPEDIENTE (II) AGUSTINA MÉNDEZ ROMÁN (DUEÑA ANTERIOR DEL PREDIO OBJETO DE LA PETICION) (III) FULANO DE TAL Y MENGANA DE TAL COMO MIEMBROS DESCONOCIDOS DE LA SUCESIÓN DE AGUSTINA MÉNDEZ ROMÁN (DUEÑOS ANTERIORES DEL PREDIO OBJETO DE LA PETICION)

Por la presente se notifica a usted que se ha presentado ante este Tribunal el expediente arriba titulado, con el fin de justificar e inscribir en el Registro de la Propiedad a favor de la Parte Peticionaria el dominio que alega sobre la finca que se describe a continuación: — RUSTICA: Predio de terreno radicado en el Barrio Callejones del término municipal de Lares, Puerto Rico, con una cabida superficial de MIL SETENCIENTOS NOVENTA Y TRES PUNTO OCHO MIL SETENCIENTOS TREINTA Y UN (1,793.8731) METROS CUADRADOS, equivalentes a CERO PUNTO CUATRO MIL QUINIENTOS SESENTA Y CUATRO (0.4564) CUERDAS. En lindes por el NORTE, con Andrés Arroyo Méndez; por el SUR, con José M. Reyes López; por el ESTE, con camino Montalvo Arroyo; y por el OESTE, con Andrés Arroyo Méndez. — Número de Catastro: 102-083-217-21-000. La parte promovente está representada por el LCDO. JOSE ENRIQUE ROBLES ROSARIO, RUA NÚM.: 5,746, 157 PEDRO ALBIZU CAMPOS LARES, PUERTO RICO 00669 TELÉFONO: 787-236-8143 Correo electrónico: laqueden@hotmail.com. Se le notifica a usted que este Tribunal ha ordenado su citación, para que presente oposición a este expediente, si se viesen perjudicados con la inscripción que se solicita; advirtiéndole que de no hacerlo dentro del término de veinte (20) días a contar desde que fuera usted notificado de esta citación, la Parte Peticionaria podrán solicitar y obtener la aprobación de este expediente de dominio y la correspondiente inscripción a su nombre en el Registro de la Propiedad el dominio de la finca anteriormente descrita. Usted deberá presentar su posición a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que lo represente por derecho propio, en cuyo caso deberá presentar su alegación en la secretaria del Tribunal. Si usted deja de presentar su alegación dentro del referido término, el Tribunal podrá dictar resolución, previo a escuchar la prueba de valor de la parte peticionaria, sin más citarle ni oírle, y conceder el remedio solicitado en la Petición, si el Tribunal en el ejercicio de su sana discreción, lo entienda procedente. Por Orden de esta Tribunal, expido la presente bajo mi firma y sello oficial. En Utuado, Puerto Rico, hoy día 27 de marzo de 2026. Maria C Cruz Candelaria Secretaria Luz Y. Montes Pacheco Secretaria Auxiliar

**30140873**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL GENERAL DE JUSTICIA TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

## NELIDA ARCE RIVERA, OCTAVIO RODRÍGUEZ, LA SOCIEDAD LEGAL DE GANANCIALES ENTRE NELIDA ARCE RIVERA Y OCTAVIO RODRÍGUEZ
PARTE DEMANDANTE
Vs.
## ALEXIS ARCE RAMOS, ANGEL ARCE RAMOS, APRIL A ARCE Y OTROS
PARTE DEMANDADA
CIVIL NÚM.: UT2025CV0058 SOBRE: DIVISION DE COMUNIDAD DE BIENES HEREDITARIOS EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A:

## EVELYN ARCE (T/C/C EVELYN SANCHEZ)
425 WINDSOR DR ELYRIA, OH 44035
## JOSEPH ARCE (T/C/C JOSEPH AL ARCE)
1442 DONNA DR, APT 1 NEW TRIPOLI, PA 18066
## MOISES ARCE (T/C/C JUNIOR ARCE )
P.O BOX 434 HAMBERG, PA 19520
## JOSE ARCE (T/C/C JOSE SANCHEZ)
5844 BONEFISH STREET ORLANDO, FLA 32812
## LUIS ANGEL ARCE MENDEZ
311 E INDIANA AVE PHILADELPHIA, PA 19134
## ELIZABETH DE JESUS ARCE
38608 RIVER DR. LEBANON, OR 97355
## APRIL A. ARCE
3901 MAIN ROAD WEST EMMAUS, PENNSYLVANIA 18049
## IVETTE MAXWELL (T/C/C IVETTE ARCE T/C/C IVETTE SANCHEZ)
2019 W. RIVER RD S. ELYRIA, OH 44035
## JAIME ARCE (T/C/C JAIME SANCHEZ)
5344 BONEFISH ORLANDO, FL 32812

El Tribunal Superior de Puerto Rico Sala de Utuado, dictó la siguiente providencia: "Vistas y evaluadas la la demanda presentada el 26 de noviembre de 2025 y (b) la correspondientes mociones solicitando emplazamiento por edicto el igual que las declaraciones jurada presentadas por la Parte Demandante el 26 de marzo de 2026, se ha ordenado a satisfacción de este Tribunal que las siguientes parte codemandadas residen fuera de la jurisdicción de Puerto Rico: EVELYN ARCE (t/c/c EVELYN SANCHEZ JOSEPH ARCE (t/c/c JOSEPHA AL ARCE) MOISES ARCE (t/c/c JUNIOR ARCE) JOSE ARCE (t/c/c JOSE SANCHEZ) LUIS ANGEL ARCE MENDEZ ELIZABETH DE JESUS ARCE APRIL ARCE IVETTI ARCE (t/c/c IVETTE SANCHEZ IVETTE MAXWELL) JAIME ARCE (t/c/c JAIME SANCHEZ) Por razón de ello, se ordena que su emplazamiento se realice en esta acción por medio de edicto. La publicación del edicto que mediant la presente orden se autoriza se hará una sola vez, en un periódico de circulación general en la Isla de Puerto Rico, y dentro de los diez (10 días siguientes a la publicación de edicto deberá dirigirse a las parte codemandadas precedentemente mencionadas una copia de emplazamiento y de la demand presentada, por correo certificado con acuse de recibo a una última direcciones conocidas."Se le emplaza y se le requiere que presente al alegación responsiva a la Demand presentada, dentro de los treinta (30 días siguientes a la publicación de este edicto, que se publicará una (1 vez en un periódico de circulación general del Estado Libre Asociado de

Puerto Rico, por Orden del Tribunal Superior de Puerto Rico, Sala de Utuado, Puerto Rico, notificando copia de la misma al abogado de la Parte Demandante o a ésta, de no tener representación legal. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Administración Manejo de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio en cuyo caso deberá presentar su alegación responsiva en la secretaria del tribunal. Si usted deja de presentar su alegación responsiva dentro de referido término, el tribunal podrá dictar sentencia en rebeldía en su contra, ello sin más citarle ni oírle. La representación legal de la Parte Demandante lo es el Lcdo. Norberto Colón Alvarado, RUA 12,160, 44 Calle Castillo, Ponce, Puerto Rico 00730. Teléfono (787) 638-6412 Correo electrónico: norbertocolonalvarado@yahoo.com. Expedido bajo mi firma y el sello de Tribunal para su publicación, en Utuado, Puerto Rico, hoy día 27 de marzo de 2026. DIANE ÁLVAREZ VILLANUEVA Secretaria Regional LUZ Y. MONTES PACHECO Secretaria Auxiliar del Tribunal

**30140876**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL GENERAL DE JUSTICIA TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

## SCOTT SLAVIN
Parte Demandante
Vs.
## ISLAND EXTRACT LLC Y OTROS
Parte Demandada
CIVIL NÚM.: UT2025CV0061. SOBRE: IMPUGNACIÓN DE CONTRATO EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A:

## ISLAND EXTRACT LLC ANTHONY RICCI, CRISTAL RICCI Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR ELLOS ANTONIO GARCÍA GONZÁLEZ, LUZ MARINA MENDOZA Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR ELLOS

El Tribunal Superior de Puerto Rico Sala de Utuado, dictó la siguiente providencia: "Vista y evaluada la demanda presentada el 19 de diciembre de 2025, la "MOCIÓN SOLICITANDO EMPLAZAMIENTO POR EDICTO presentada por la Parte Demandant el 30 de marzo de 2026 y la declaraciones juradas que acompaña esta última, y habiéndose demostrad a satisfacción de este Tribunal que la siguientes partes codemandadas no pueden ser emplazadas personalmente por no encontrars y razones contempladas por la Regla 4.6 de las de Procedimiento Civil, 3 LPRA Ap V, se ordena que su emplazamiento se realice en esta acción por medio de edictos: (a Island Extract LLC. (b) Anthony Ricci, Cristal Ricci y la Sociedad Legal de Gananciales compuesta por ellos y (c) Antonio García González Luz Marina Mendoza y la Sociedad Legal de Gananciales compuesta po ellos La publicación del edicto que mediante la presente orden se autoriz se hará, una sola vez, en un periódico de circulación general en la Isla de Puerto Rico, y dentro de los diez (10 días siguientes a la publicación de edicto deberá dirigirse a las parte codemandadas una copia de emplazamiento y de la demand presentada, por correo certificado con acuse de recibo a una última direcciones conocidas."Se le emplaza y se le requiere que presente su alegación responsiva a la Demand presentada, dentro de los treinta (30 días siguientes a la publicación de este edicto, que se publicará una (1 vez en un periódico de circulación general del Estado Libre Asociado de Puerto Rico, por Orden del Tribuna

Superior de Puerto Rico, Sala de Utuado, Puerto Rico, notificando copia de la misma al abogado de la Parte Demandante o a ésta, de no tener representación legal. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Administración Manejo de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio en cuyo caso deberá presentar su alegación responsiva en la secretaria del tribunal. Si usted deja de presenta su alegación responsiva dentro de referido término, el tribunal podrá dictar sentencia en rebeldía en su contra, ello sin más citarle ni oírle. L representación legal de la Parte Demandante lo es el LCDO NORBERTO COLON ALVARADO RUA # 12,160, 44 CALLE CASTILLO, PONCE, PUERTO RICO 00730. TEL. (787) 638-6412 Correo electrónico: norbertocolonalvarado@yahoo.com. Expedido bajo mi firma y el sello de Tribunal para su publicación, en Utuado, Puerto Rico, hoy día 31 de marzo de 2026. DIANE ÁLVAREZ VILLANUEVA SECRETARIA REGIONAL LUZ Y. MONTES PACHECO SECRETARIA AUXILIAR DEL TRIBUNAL

**30140932**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

## EIXA KAROL CARABALLO MALDONADO EIDA KAREN CARABALLO MALDONADO
Demandantes
v.
## RENE MALDONADO ORTIZ JOSE ANTONIO MALDONADO ORTIZ JORGE LUIS MALDONADO ORTIZ
Demandados
Civil Núm.: UT2026CV00139 SALÓN: 5 SOBRE: LIQUIDACIÓN COMUNIDAD HEREDITARIA EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A:

## JOSÉ ANTONIO MALDONADO ORTIZ
Parte Demandada 13149 SW 51st St Miramar, Florida 33027 POR LA PRESENTE se le notifica que la parte demandante de epígrafe ha presentado una demanda contra usted en la qu está solicitando la liquidación de una comunidad hereditaria. Se le emplaza para que presente al tribuna correspondiente su alegación responsiva a dicha demanda dentro de los treinta (30) días siguientes a la publicación de este Edicto excluyéndose el día de la publicación Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo Administración de Casos (SUMAC) al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio en cuyo caso deberá presentar su alegación responsiva en la secretaria del tribunal notificando copia de la misma a la abogada de la parte demandante: Lcda. Leila Hernández Umpierre, TS 12576; cuya dirección es Urb. Monte Trujillo, E-6 Calle 3, Trujillo Alto, P.R. 00976, cuyo teléfono es el 787-200-6474 y cuyo correo electrónico e: LHERNANDEZ@TUSABOGADOS SI usted deja de presentar su alegación responsiva dentro de referido término, el tribunal podr dictar sentencia en rebeldía en su contra y concederá el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiend procedente. Expedido bajo mi firma sello del Tribunal, hoy 7 de abril de 2026. Diane Álvarez Villanueva Secretaria Regional Mirlyn J Collazo González Sub-Secretario Auxiliar de Tribunal

**30140935**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

## EIXA KAROL CARABALLO MALDONADO EIDA KAREN CARABALLO MALDONADO
Demandantes
v.
## RENE MALDONADO ORTIZ JOSE ANTONIO MALDONADO ORTIZ JORGE LUIS MALDONADO ORTIZ
Demandados
Civil Núm.: UT2026CV00139 SALÓN: 5 SOBRE: LIQUIDACIÓN COMUNIDAD HEREDITARIA EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A:

## RENÉ MALDONADO ORTIZ
Parte Demandada 13149 SW 51st St Miramar, Florida 33027 POR LA PRESENTE se le notifica que la parte demandante de epígrafe ha presentado una demanda contra usted en la qu está solicitando la liquidación de una comunidad hereditaria. Se le emplaza para que presente al tribuna correspondiente su alegación responsiva a dicha demanda dentro de los treinta (30) días siguientes a la publicación de este Edicto excluyéndose el día de la publicación Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo Administración de Casos (SUMAC) al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio en cuyo caso deberá presentar su alegación responsiva en la secretaria del tribunal notificando copia de la misma a la abogada de la parte demandante: Lcda. Leila Hernández Umpierre, TS 12576; cuya dirección es Urb. Monte Trujillo, E-6 Calle 3, Trujillo Alto, P.R. 00976, cuyo teléfono es el 787-200-6474 y cuyo correo electrónico e: LHERNANDEZ@TUSABOGADOS SI usted deja de presentar su alegación responsiva dentro de referido término, el tribunal podr dictar sentencia en rebeldía en su contra y concederá el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio d su sana discreción, lo entiend procedente. Expedido bajo mi firma sello del Tribunal, hoy 7 de abril de 2026. Diane Álvarez Villanueva Secretaria Regional Mirlyn J Collazo González Sub-Secretario Auxiliar de Tribunal

**30140933**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE UTUADO

## EIXA KAROL CARABALLO MALDONADO EIDA KAREN CARABALLO MALDONADO
Demandantes
v.
## RENE MALDONADO ORTIZ JOSE ANTONIO MALDONADO ORTIZ JORGE LUIS MALDONADO ORTIZ
Demandados
Civil Núm.: UT2026CV00139 SALÓN: 5 SOBRE: LIQUIDACIÓN COMUNIDAD HEREDITARIA EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A:

## JORGE LUIS MALDONADO ORTIZ
Parte Demandada 12088 W 100th St Cleveland, Ohio 44102 POR LA PRESENTE se le notifica que la parte demandante de epígrafe ha presentado una demanda contra usted en la qu está solicitando la liquidación de una comunidad hereditaria. Se le emplaza para que presente al tribuna correspondiente su alegación responsiva a dicha demanda dentro de los treinta (30) días siguientes a la publicación de este Edicto excluyéndose el día de la publicación Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo Administración de Casos (SUMAC) al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio en cuyo caso deberá presentar su alegación responsiva en la secretaria del tribunal notificando copia de la misma a la abogada de la parte demandante: Lcda. Leila Hernández Umpierre, TS 12576; cuya dirección es Urb. Monte Trujillo, E-6 Calle 3, Trujillo Alto, P.R. 00976, cuyo teléfono es el 787-200-6474 y cuyo correo electrónico e: LHERNANDEZ@TUSABOGADOS SI usted deja de presentar su alegación responsiva dentro de referido término, el tribunal podr dictar sentencia en rebeldía en su contra y concederá el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio d su sana discreción, lo entiend procedente. Expedido bajo mi firma sello del Tribunal, hoy 7 de abril de 2026. Diane Álvarez Villanueva Secretaria Regional Mirlyn J Collazo González Sub-Secretario Auxiliar de Tribunal

publicación de este Edicto excluyéndose el día de la publicación Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo Administración de Casos (SUMAC) al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio en cuyo caso deberá presentar su alegación responsiva en la secretaria del tribunal notificando copia de la misma a la abogada de la parte demandante: Lcda. Leila Hernández Umpierre, TS 12576; cuya dirección es Urb. Monte Trujillo, E-6 Calle 3, Trujillo Alto, P.R. 00976, cuyo teléfono es el 787-200-6474 y cuyo correo electrónico e: LHERNANDEZ@TUSABOGADOS SI usted deja de presentar su alegación responsiva dentro de referido término, el tribunal podr dictar sentencia en rebeldía en su contra y concederá el remedio procedente. Expedido bajo mi firma sello del Tribunal, hoy 7 de abril de 2026. Diane Álvarez Villanueva Secretaria Regional Sub-Secretario Auxiliar de Tribunal

**30140981**
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

## 3DNS, INC.,
Plaintiff
v.
## WOW.AI LLC, RICHARD LATONA, AND SCOTT WALKER
Defendants
CIVIL NO. 26-1101 (SCC) SUMMONS BY PUBLICATION TO: **WOW.AI LLC**

Pursuant to the Order for Service by Publication entered on March 31 2026, by the Honorable Silvia L Carreno-Coll, United States District Judge, you are hereby SUMMONED to appear, plead or answer the Complaint filed herein no later than thirty (30) days after the publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff 3DNS, Inc. McCONNELL VALDÉS LLC 270 Muñoz Rivera Avenue, Hato Rey, P R 00918 PO Box 364225, San Juan Puerto Rico, 00936-4225 Telephone (787) 250-9292 Fax (787) 759-828 Roberto C. Quiñones-Rivera, Esq Daniel J. Pérez-Refojos. Esq. Th Summons shall be published by edicto only once in a newspaper of genera circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons and th Complaint will be sent to Defendant WOW.AI LLC at his last known postal address. Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this cause against you based on the relief demanded in the Complaint. BY ORDER OF THE COURT, summons is issued pursuant to Fed. R. Civ.P. 4(e) and Rule 4.5 of Rules of Civil Procedure for th Commonwealth of Puerto Rico Issued in San Juan, Puerto Rico, this 13th day of April 2026. ADA I GARCIA-RIVERA, ESQ., CPA CLERK OF COURT Digitally signed by Rebeca Isaac Deputy Clerk Date 2026.04.13 15:00:03 -04'00'

**30140982**
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

## 3DNS, INC.,
Plaintiff
v.
## WOW.AI LLC, RICHARD LATONA, AND SCOTT WALKER
Defendants
CIVIL NO. 26-1101 (SCC) SUMMONS BY PUBLICATION TO: **RICHARD LATONA**

Pursuant to the Order for Service by Publication entered on March 31 2026, by the Honorable Silvia L Carreno-Coll, United States District Judge, you are hereby SUMMONED to appear, plead or answer the Complaint filed herein no later than thirty (30) days after the publication

P pressreader — PRINTED AND DISTRIBUTED BY PRESSREADER PressReader.com +1 604 278 4604 COPYRIGHT AND PROTECTED BY APPLICABLE LAW