**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**CIVIL NUM: 26-1101 (SCC)**

**3DNS, INC.,**

**VS.**

**WOW.AI LLC, RICHARD LATONA, ANDSCOTT WALKER (WOW.AI LLC)**

**SUMMONS BY PUBLICATION**

# AFFIDAVIT

I, Alfredo Rivera Rios, of legal age, single, employee and resident of San Juan, Puerto Rico, do solemnly swear that I am a Customer Service Representative for "**El Nuevo Dia**", a newspaper of general circulation in the Island of Puerto Rico, and I am dully authorized to declare that in the edition of this newspaper corresponding to **15 April, 2026** the following Legal Notice was published:

**ADA I. GARCIA-RIVERA, ESQ., CPA,**

In witness whereof and upon request of those concerned, I swear to and sign the present in Guaynabo, P.R. this _____ *17* _____ day of ____ *April* ____, 20 *26*.

_____

**Affidavit No.** *14,444*

Acknowledged and sworn to before me by Alfredo Rivera Rios, of legal age, single, employee and resident of Corozal, Puerto Rico, as representative of "**El Nuevo Dia**", whom I know personally.

Guaynabo, P.R. _____ APR 1 7 2026 _____ 20 ___

_____
NOTARY PUBLIC



**McCONNELL VALDES**
**30140983**
15 April, 2026
El Nuevo Dia
**CIVIL NUM: 26-1101 (SCC)**

of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff 3DNS, Inc. McCONNELL VALDES LLC 270 Muñoz Rivera Avenue, Hato Rey, PR 00918 PO Box 364225, San Juan Puerto Rico, 00936-4225 Telephone (787) 250-9292 Fax (787) 759-828: Roberto C. Quiñones-Rivera, Esq Daniel J. Pérez-Refojos, Esq. Thi Summons shall be published by edic only once in a newspaper of genera circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons and the Complaint will be sent to Defendant Mr. Richard Latona at his last known postal address. Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this cause against you based on the relief demanded in the Complaint. BY ORDER OF THE COURT, summons is issued pursuant to Fed. R. Civ.P. 4(e) and Rule 4.5 of Rules of Civil Procedure for the Commonwealth of Puerto Rico Issued in San Juan, Puerto Rico, thi 13th day of April 2026. ADA I GARCIA-RIVERA, ESQ. CTA CLERK OF COURT Digitally signed by Rebeca Isaac Deputy Clerk Date 2026.04.13 14:59:17 -04'00'

**30140983**
THE UNITED STATES DISTRIC COURT FOR THE DISTRICT OF PUERTO RICO

**3DNS, INC.,**
Plaintiff
v.
**WOW.AI LLC, RICHARD LATONA, AND SCOTT WALKER**
Defendants
CIVIL NO. 26-1101 (SCC SUMMONS BY PUBLICATION TO

**SCOTT WALKER**
Pursuant to the Order for Service by Publication entered on March 31 2026, by the Honorable Silvia L Carreno-Coll, United States District Judge, you are hereby SUMMONED to appear, plead or answer the Complaint filed herein no later tha thirty (30) days after the publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff 3DNS, Inc. McCONNELL VALDES LLC 270 Muñoz Rivera Avenue, Hato Rey, PR 00918 PO Box 364225, San Juan Puerto Rico, 00936-4225 Telephone (787) 250-9292 Fax (787) 759-828: Roberto C. Quiñones-Rivera, Esq Daniel J. Pérez-Refojos, Esq. Thi Summons shall be published by edic only once in a newspaper of genera circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons and th Complaint will be sent to Defendant Mr. Scott Walker at his last known postal address. Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this cause against you based on the relief demanded in the Complaint. BY ORDER OF THE COURT, summons is issued pursuant to Fed. R. Civ.P. 4(e) and Rule 4.5 of Rules of Civil Procedure for the Commonwealth of Puerto Rico Issued in San Juan, Puerto Rico, thi 13th day of April 2026. ADA I GARCIA-RIVERA, ESQ. CTA CLERK OF COURT Digitally signed by Rebeca Isaac Deputy Clerk Date 2026.04.13 14:59:43 -04'00'

**30140986**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA/ SUPERIOR DE AGUADILLA

**MARANUELY CAMACHO**
Demandante
vs.
**JESUA EMMANUEL CAMACHO ROMÁN YAVETH EMMANUEL CAMACHO ROMÁN**
Demandados
**MARIXA RIVERA RÍOS**
Demanda involuntaria
CIVIL NÚM: AG2026CV0006 SOBRE: DIVISIÓN DE COMUNIDAD HEREDITARIA EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS EL ESTADO LIBRE ASOCIADO DE PUERTO RICO A:

**YAVETH EMMANUEL CAMACHO ROMÁN**
B12 Sydney St. Davenport, FL 3383 POR LA PRESENTE se le emplaza se le notifica que una demanda ha sido presentada en su contra. Por lo tanto, se le requiere que conteste

---

demanda dentro de los treinta (30) días siguientes a la publicación de este Edicto. Debe radicar el original de su contestación ante el Tribunal correspondiente y notificar copia d su contestación a los Demandante a la siguiente dirección: Myrna Imzren Vásquez Gonzalez RUA TS: 2058 PO BOX 151 Hatillo, PR 00659 Tel (713) 205-3114 licenciadavasquez@yahoo.com Usted podrá presentar su posición a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC al cual puede acceder mediante la dirección electrónica https:/ unired.ramajudicial.pr, salvo que s represente por derecho propio, e cuyo caso deberá presentar su intervención en la Secretaría de intervención en la Secretaría de Tribunal. Se le apercibe que si no dejare de presentar su contestación la demanda dentro del referido término, el tribunal podrá dicta sentencia en rebeldía en su contra concederle el remedio según solicitad en la demanda, sin citarle ni oírl más. Extendido bajo mi firma y e sello del Tribunal, hoy día 16 d marzo de 2026 y en virtud de Orde dictada por el tribunal. SARAH REYES PEREZ Secretaria Regions NILDA TORRES ACEVEDC Secretaria Auxiliar del Tribunal

**30140999**
ESTADO LIBRE ASOCIADO DE PUERTO RICO EN EL TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR SALA DE AGUADILLA

**NEFTALI PABON CRUZ**
DEMANDANTE
VS
**CARMEN JULIA QUIÑONES**
DEMANDADA
CASO: AG2025RF00833 SOBRE DIVORCIO RUPTURA IRREPARABLE (31LPRA 6772-( EDICTO ESTADOS UNIDOS DI AMERICA EL PRESIDENTE DI LOS EE.UU. ESTADO LIBRI ASOCIADO DE PUERTO RICO A:

**SRA. CARMEN JULIA QUIÑONES**
314 EAST 143 ST. APT # 13 1 BRONX, NY. 10451 Por la present se le notifica que contra usted se h presentado la causa de epígrafe y se l apercibe que de no contestar l demanda presentando el original ant el Tribunal correspondiente, con copi a la parte Demandante, dentro de término de Treinta (30) días desde l publicación de este aviso, se l anotará la rebeldía y el (la demandante podrá obtener un sentencia en su contra. La dirección postal del Tribunal de Primer Instancia de Aguadilla es la siguiente P O BOX 1010, AGUADILLA, PR 00605. Es abogado de la Part Demandante el LCDO. EDGARD( MESONERO HERNANDEZ APARTADO 990 ESTACION VICTORIA, AGUADILLA PUERTO RICO 00605, TELEFONO FAX: (787) 891-8780. EXPEDIDC bajo mi firma y sello de este Tribuna en Aguadilla, Puerto Rico, hoy día + de FEBRERO del año 2026. SARAH REYES PEREZ SECRETARIO TRIBUNAL SUPERIOR Por MARIA VALENTIN RAMIRE SECRETARIO AUXILIAR

**30141003**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA DI GUAYNABO

**CONSEJO DE TITULARES DEL CONDOMINIO CENTRO BEVERLY HILLS COURT**
PARTE DEMANDANTE
V.
**RICARDO PACHECO PACHECO; ASTRID O'NEILL ROSARIO**
PARTE DEMANDADA
CIVIL NÚM.: GB2025CV0084: SOBRE: LEY DE CONDOMINIOS SALA 202 MP LAZAMIENTO POI EDICTO ESTADOS UNIDOS DI AMERICA EL PRESIDENTE DI LOS ESTADOS UNIDOS EI ESTADO LIBRE ASOCIADO DI PUERTO RICO A:

**ASTRID O'NEILL ROSARIO**
Por la presente se le notifica que l parte demandante ha presentado ant este Tribunal, demanda contra usted solicitando la concesión del siguient remedio: Que el Honorable Tribuna declare con lugar, la presente demanda y emita orden para que l parte demandada cumpla con lo estatutos tanto de la Ley de Condominios como el Reglament del Condominio Beverly Hills Court con cualquier otro pronunciamient que en derecho proceda, además de pago de las costas de $90.00, gastos honorarios de abogado. Representa la parte demandante, el abogado cuy nombre, dirección y telefono s consigna de inmediato: Lcda. Sally D

---

Delgado Arroyo PO Box 367054 Sai Juan, Puerto Rico 00936-705. Tel./Fax (787) 282-6316 Usted deber. presentar su alegación responsiva través del Sistema Unificado de Manejo y Administración y de Caso (SUMAC), al cual puede accede utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salv que se represente por derecho propio en cuyo caso deberá presentar su alegación responsiva en la Secretari del Tribunal. Se le apercibe que, si n comparecere usted a contestar dich demanda dentro del término de treint (30) días a partir de la publicación de este edicto, se le anotará rebeldía y s le dictará sentencia concediendo e remedio solicitado, sin más citarle n oírle. Expedido bajo mi firma y con e sello del Tribunal, en Guaynabo Puerto Rico, hoy 13 de abril de 2026 ALICIA AYALA SANJURJC SECRETARIA REGIONAL INTERINA SARA ROSA VILLEGAS SEC. DEL. TRIB. CONF

**99940773**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE BAYAMON

**BANCO POPULAR DE PUERTO RICO**
Demandante
v.
**SUCESIONES DE MODESTO VILLANUEVA GARCIA t/c/c MODESTO VILLANUEVA y LUZ HAYDEE COBIAN OJEDA t/c/c LUZ H. COBIAN OJEDA t/c/c LUZ MARIA COBIAN OJEDA, compuestas por ERIC RENÉ VILLANUEVA COBIAN y LUZ DESIREE VILLANUEVA COBIAN; CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES (CRIM),**
Demandados
Civil num BY2026CV00315 (402) sobre cobro de dinero y ejecución de hipoteca EMPLAZAMIENTO POR EDICTO E INTERPELACIÓN ESTADOS UNIDOS DE AMERICA, El Presidente de los Estados Unidos El Estado Libre Asociado de Puerto Rico

**A: ERIC RENÉ VILLANUEVA COBIAN y LUZ DESIREE VILLANUEVA COBIAN, como miembros de las Sucesiones de MODESTO VILLANUEVA GARCIA t/c/c MODESTO VILLANUEVA y de LUZ HAYDEE COBIAN OJEDA t/c/c LUZ H. COBIAN OJEDA t/c/c LUZ MARIA COBIAN OJEDA**
Urbanización Forrest View, L 76 Calle Santiago, Bayamón, PR 00956; L 76 Calle Santiago, Urb. Forrest View, Bayamón, PR 00956-2814 POR LA PRESENTE, se les emplaza por edicto para que presente al tribunal su alegación responsiva dentro de los SESENTA (60) días de haber sido publicado este emplazamiento, exclúyéndose el día de la publicación. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la DEMANDA ENMENDADA, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. Debe notificar copia de la alegación responsiva a la abogada de la parte demandante: LCDA. MARYSOL LOPEZ GONZALEZ: RUA 12633 Suite 1822, Banco Popular Center 209 Muñoz Rivera Ave. San Juan, PR 00918-1009 Tel. (787) 765-2968; Fax (787) 765-2973 mlopez@sarlaw.com POR LA PRESENTE además, conforma a lo dispuesto en el Artículo 1578 de la Ley Núm. 55 de tro de junio de 2020, conocida como el Código Civil de Puerto Rico, se les ORDENA a que dentro del término legal de treinta (30) días contados a partir de haber sido publicado este

---

emplazamiento, acepten o repudien la participación que les corresponde en la herencia de los causantes MODESTO VILLANUEVA GARCIA t/c/c MODESTO VILLANUEVA y LUZ HAYDEE COBIAN OJEDA t/c/c LUZ H. COBIAN OJEDA t/c/c LUZ MARIA COBIAN OJEDA. Se les APERCIBE que de no expresarse dentro de ese término de treinta (30) días en torno a su aceptación o repudiación de la herencia, se tendrá por aceptada. También se les APERCIBE que luego del transcurso del término de treinta (30) días antes señalado contados a partir de la fecha de la notificación de la presente Orden, se presumirá que han aceptado la herencia de los causantes MODESTO VILLANUEVA GARCIA t/c/c MODESTO VILLANUEVA y LUZ HAYDEE COBIAN OJEDA t/c/c LUZ H. COBIAN OJEDA t/c/c LUZ MARIA COBIAN OJEDA, y por consiguiente la propiedad objeto de este caso responde por las cargas de dicha herencia conforme a lo dispuesto en el Artículo 1578 del Código Civil, supra., y lo resuelto en el caso de Banco Comercial de P.R. v. García, 51 D.P.R. 735 (1937) y B.B.V.A. v. Latinoamericana, 164 D.P.R. 689 (2005). Expedido bajo mi firma y sello del Tribunal de Primera Instancia, Sala Superior de Bayamón, hoy día 26 de marzo de 2026. Alicia Ayala Sanjurjo Secretaria Karen M Acevedo Acevedo Subsecretaria aux

**99940841**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA DE COROZAL

**CAPITAL MANAGEMENT GROUP LLC. COMO AGENTE DE JEFFERSON CAPITAL SYSTEMS, LLC**
PARTE DEMANDANTE
vs.
**JOSE R VAZQUEZ MARRERO**
N/E: 1185063044 CASO ID: 3672341244 PARTE DEMANDADA
Civil num CZ2025CV00187 sobre cobro de dinero EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS EE.UU. ss EL ESTADO LIBRE ASOCIADO DE PR

**A: JOSE R VAZQUEZ MARRERO**
1 RES ENRIQUE LANDRON APT 40 COROZAL PR 00783-2397 COROZAL PR 00783-2397 La parte demandante ha presentado ante este Tribunal una demanda de Cobro de Dinero contra la parte demandada antes indicada, esto debido a que el demandado se obligó al pago de la deuda originalmente suscrita por ISLAND FINANCE/PRESTAMO PERSONAL y posteriormente adquirida por JEFFERSON CAPITAL SYSTEMS, LLC. Sin embargo, a la fecha, no ha efectuado pago alguno. Hoy en día, la cuantía adeudada por el demandado es de $3873.62 por concepto de la mencionada deuda más costas, gastos y honorarios de abogado. Se le apercibe que si no comparecere usted a contestar dicha demanda dentro del término de treinta (30) días a partir de la publicación de este edicto, con copia a la parte demandante por conducto de su abogado, Lcdo. Miguel A. Maza, PO Box 364028 San Juan, P.R. 00938-4028, Tel. (787)274-8383, radicando el original de la contestación a la demanda en la secretaría del Tribunal, podrá dictarse sentencia en rebeldía en su contra concediendo el remedio solicitado en la Demanda, sin mas citarle ni oírle. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica https://www.poderjudicial.pr/index.php/ tribunal-electronico/, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. En Toa Alta, Puerto Rico, a 22 de enero de 2026. Alicia Ayala Sanjurjo Secretaria Suhai Davila Cruz Secretaria Auxiliar

**99940864**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA DE COROZAL

**CAPITAL MANAGEMENT GROUP LLC. COMO AGENTE DE JEFFERSON CAPITAL SYSTEMS, LLC**
PARTE DEMANDANTE
vs.
**HECTOR MANUEL LANDRON PAGAN**
N/E: 1185052915 CASO ID: 3703719802 PARTE DEMANDADA
Civil num CZ2025CV00172 sobre cobro de dinero EMPLAZAMIENTO POR

---

EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS EE.UU. ss EL ESTADO LIBRE ASOCIADO DE PR

**A: HECTOR MANUEL LANDRON PAGAN**
URB MARIA DEL CARMEN N5 CALLE 10 COROZAL PR 00783-2503 La parte demandante ha presentado ante este Tribunal una demanda de Cobro de Dinero, contra la parte demandada antes indicada, esto debido a que el demandado se obligó al pago de la deuda originalmente suscrita por ISLAND FINANCE/PRESTAMO PERSONAL y posteriormente adquirida por JEFFERSON CAPITAL SYSTEMS, LLC. Sin embargo, a la fecha, no ha efectuado pago alguno. Hoy en día, la cuantía adeudada por el demandado es de $7339.22 por concepto de la mencionada deuda más costas, gastos y honorarios de abogado. Se le apercibe que si no comparecere usted a contestar dicha demanda dentro del término de treinta (30) días a partir de la publicación de este edicto, con copia a la parte demandante por conducto de su abogado, Lcdo. Miguel A. Maza, PO Box 364028 SAN JUAN, P.R. 00936-4028, Tel. (787) 274-8383, radicando el original de la contestación a la demanda en la secretaría del Tribunal, podrá dictarse sentencia en rebeldía en su contra concediendo el remedio solicitado en la Demanda, sin mas citarle ni oírle. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica https://www.poderjudicial.pr/index.php/ tribunal-electronico/, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. En Toa Alta, Puerto Rico, a 22 de enero de 2026. Alicia Ayala Sanjurjo Secretaria Suhail Davila Cruz Secretaria Auxiliar

**99940865**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA DE JUANA DIAZ

**CAPITAL MANAGEMENT GROUP LLC COMO AGENTE DE JEFFERSON CAPITAL SYSTEMS LLC**
PARTE DEMANDANTE
vs.
**GLADYS E DEDOS ACOSTA**
N/E: 1185050799 CASO ID: 3722054046 PARTE DEMANDADA
Civil num JD2025CV00321 sobre cobro de dinero EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS EE.UU. SS EL ESTADO LIBRE ASOCIADO DE PR

**A: GLADYS E DEDOS ACOSTA**
143 CALLE COMERCIO APT 68 JUANA DIAZ PR 00795-2557 La parte demandante ha presentado ante este Tribunal una demanda de Cobro de Dinero, contra la parte demandada antes indicada, esto debido a que el demandado se obligó al pago de la deuda originalmente suscrita por ISLAND FINANCE/PRESTAMO PERSONAL y posteriormente adquirida por JEFFERSON CAPITAL SYSTEMS LLC. Sin embargo, a la fecha, no ha efectuado pago alguno. Hoy en día, la cuantía adeudada por el demandado es de $9962.25 por concepto de la mencionada deuda más costas, gastos y honorarios de abogado. Se le apercibe que si no comparecere usted a contestar dicha demanda dentro del término de treinta (30) días a partir de la publicación de este edicto, con copia a la parte demandante por conducto de su abogado, Lcdo. Miguel A. Maza, PO Box 364028 SAN JUAN, P.R. 00936-4028, Tel. (787) 274-8383, radicando el original de la contestación a la demanda en la secretaría del Tribunal, podrá dictarse sentencia en rebeldía en su contra concediendo el remedio solicitado en la Demanda, sin más citarle ni oírle. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica https://www.poderjudicial.pr/index.php/ tribunal-electronico/, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. En Toa Juan, Puerto Rico, a 23 de enero de 2026. Griselda Rodriguez Collado Secretaria Liz Marie Rivera Diaz Secretaria de servicios a sala

**99940869**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA DE TOA ALTA

**CAPITAL MANAGEMENT GROUP LLC. COMO AGENTE DE JEFFERSON CAPITAL SYSTEMS, LLC**
PARTE DEMANDANTE
vs.
**LUIS ANGEL MORALES COLLAZO**
N/E: 1185059949 CASO ID: 3922617666 PARTE DEMANDADA
Civil num TO2025CV01035 sobre cobro de dinero EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS EE.UU. ss EL ESTADO LIBRE ASOCIADO DE PR

**A: LUIS ANGEL MORALES COLLAZO**
BO GALATEO CENTRO CARR 804 KM 0.2 INT TOA ALTA PR 00953-0000 La parte demandante ha presentado ante este Tribunal una demanda de Cobro de Dinero, contra la parte demandada antes indicada, esto debido a que el demandado se obligó al pago de la deuda originalmente suscrita por ISLAND FINANCE/PRESTAMO PERSONAL y posteriormente adquirida por JEFFERSON CAPITAL SYSTEMS, LLC. Sin embargo, a la fecha, no ha efectuado pago alguno. Hoy en día, la cuantía adeudada por el demandado es de $4046.64 por concepto de la mencionada deuda más costas, gastos y honorarios de abogado. Se le apercibe que si no comparecere usted a contestar dicha demanda dentro del término de treinta (30) días a partir de la publicación de este edicto, con copia a la parte demandante por conducto de su abogado, Lcdo. Miguel A. Maza, PO Box 364028 SAN JUAN, P.R. 00936-4028, Tel. (787) 274-8383, radicando el original de la contestación a la demanda en la secretaría del Tribunal, podrá dictarse sentencia en rebeldía en su contra concediendo el remedio solicitado en la Demanda, sin más citarle ni oírle. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica https://www.poderjudicial.pr/index.php/ tribunal-electronico/, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. En Toa Juana Diaz, Puerto Rico, a 22 de enero de 2026. Carmen G Tiru Quiñones Secretaria Vanessa Rodriguez Maldonado Secretaria Auxiliar

**99940866**
ESTADO LIBRE ASOCIADO DE PUERTO

---

RICO TRIBUNAL DE PRIMERA INSTANCIA SALA DE SAN JUAN

**DNF Associates LLC**
PARTE DEMANDANTE
VS.
**LUIS MANUEL FEBUS CALDERON**
N/E: 350152 CASO ID: 54410035 PARTE DEMANDADA
Civil num SJ2025CV10196 sala 1003 sobre cobro de dinero EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS EE.UU. SS EL ESTADO LIBRE ASOCIADO DE PR

**A: LUIS MANUEL FEBUS CALDERON**
1095 CALLE 41 SAN JUAN PR 00927-5126 La parte demandante ha presentado ante este Tribunal una demanda de Cobro de Dinero, contra la parte demandada antes indicada, esto debido a que el demandado se obligó al pago de la deuda originalmente suscrita PenFed Credit Union/PRESTAMO PERSONAL y posteriormente adquirida por DNF Associates LLC. Sin embargo, a la fecha, no ha efectuado pago alguno. Hoy en día, la cuantía adeudada por el demandado es de $6166.17 por concepto de la mencionada deuda más costas, gastos y honorarios de abogado. Se le apercibe que si no comparecere usted a contestar dicha demanda dentro del término de treinta (30) días a partir de la publicación de este edicto, con copia a la parte demandante por conducto de su abogado, Lcda. A. Maza, PO Box 364028 SAN JUAN, P.R. 00936-4028, Tel. (787) 274-8383, radicando el original de la contestación a la demanda en la secretaría del Tribunal, podrá dictarse sentencia en rebeldía en su contra concediendo el remedio solicitado en la Demanda, sin más citarle ni oírle. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica https://www.poderjudicial.pr/index.php/ tribunal-electronico/, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. En San Juan, Puerto Rico, a 22 de enero de 2026. Griselda Rodriguez Collado Secretaria Liz Marie Rivera Diaz Secretaria de servicios a sala

**99940870**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA DE SAN JUAN

**DNF Associates LLC**
VS.
**DELVIN JONAS LOPEZ CARRASQUILLO**
N/E: 350233 CASO ID: 54561158 PARTE DEMANDADA
Civil num SJ2025CV10230 sobre cobro de dinero EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS EE.UU. SS EL ESTADO LIBRE ASOCIADO DE PR

**A: DELVIN JONAS LOPEZ CARRASQUILLO**
PARC HILL BROTHERS 439 CALLE 39 SAN JUAN PR 00924-3923 La parte demandante ha presentado ante este Tribunal una demanda de Cobro de Dinero, contra la parte demandada antes indicada, esto debido a que el demandado se obligó al pago de la deuda originalmente suscrita PenFed Credit Union/PRESTAMO PERSONAL y posteriormente adquirida por DNF Associates LLC. Sin embargo, a la fecha, no ha efectuado pago alguno. Hoy en día, la cuantía adeudada por el demandado es de $12296.52 por concepto de la mencionada deuda más costas, gastos y honorarios de abogado. Se le apercibe que si no comparecere usted a contestar dicha demanda dentro del término de treinta (30) días a partir de la publicación de este edicto, con copia a la parte demandante por conducto de su abogado, Lcdo. Miguel A. Maza, PO Box 364028 SAN JUAN, P.R. 00936-4028, Tel. (787) 274-8383, radicando el original de la contestación a la demanda en la secretaría del Tribunal, podrá dictarse sentencia en rebeldía en su contra concediendo el remedio solicitado en la Demanda, sin más citarle ni oírle. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica https://www.poderjudicial.pr/index.php/ tribunal-electronico/, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. En San Juan, Puerto Rico, a 27 de enero de 2026. Vivian Y Fresse Gonzalez Secretaria Denise Inzarry Pintor Secretaria Auxiliar

**99940872**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL DE PRIMERA INSTANCIA SALA DE TOA BAJA

**CAPITAL MANAGEMENT GROUP LLC COMO AGENTE DE JEFFERSON CAPITAL SYSTEMS LLC**
PARTE DEMANDANTE
vs.
**DALMARI ORTIZ LOPEZ**
N/E: 1185059942 PARTE DEMANDADA
Civil num TB2025CV00531 sobre cobro de dinero EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS EE.UU. ss EL ESTADO LIBRE ASOCIADO DE PR

**A: DALMARI ORTIZ LOPEZ**
URB PABELLONES 325 PABELLON DE FRANCIA TOA BAJA PR 00949-2259 La parte demandante ha presentado ante este Tribunal una demanda de Cobro de Dinero, contra la parte demandada antes indicada, esto debido a que el demandado se obligó al pago de la deuda originalmente suscrita por JEFFERSON CAPITAL SYSTEMS LLC. Sin embargo, a la fecha, no ha efectuado pago alguno. Hoy en día, la cuantía adeudada por el demandado es de $3851.42 por concepto de la mencionada deuda más costas, gastos y honorarios de abogado. Se le apercibe que si no comparecere usted a contestar dicha demanda dentro del término de treinta (30) días a partir de la publicación de este edicto, con copia a la parte demandante por conducto de su abogado, Lcdo. Miguel A. Maza, PO Box 364028 SAN JUAN, P.R. 00936-4028, Tel. (787) 274-8383, radicando el original de la contestación a la demanda en la secretaría del Tribunal, podrá dictarse sentencia en rebeldía en su contra concediendo el remedio solicitado en la Demanda, sin más citarle ni oírle. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica https://www.poderjudicial.pr/index.php/ tribunal-electronico/, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. En Toa Baja, Puerto Rico, a 26 de enero de 2026. Alicia Ayala Sanjurjo Secretaria Glorymar Saldaña Quiñones Secretaria Auxiliar

**99940919**
ESTADO LIBRE ASOCIADO DE PUERTO RICO TRIBUNAL GENERAL DE JUSTICIA TRIBUNAL DE PRIMERA INSTANCIA SALA SUPERIOR DE CAROLINA

**COOPERATIVA DE AHORRO Y CRÉDITO DE ARECIBO**
Demandante
vs.
**SAMMY MUSSA JIMENEZ Y otros**
Demandada
CIVIL NÚM. CA2025CV03855 SOBRE: COBRO DE DINERO EMPLAZAMIENTO POR EDICTO ESTADOS UNIDOS DE AMERICA EL PRESIDENTE DE LOS ESTADOS UNIDOS s s EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

**A: SAMMY MUSSA JIMENEZ, FULANO (A) DE TAL, JANE DOE, JOHN DOE Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES**
POR LA PRESENTE, se le requiere para que radique al LCDO. LUIS A. LOPEZ LOPEZ, abogado de la parte demandante,

**pressreader**    PRINTED AND DISTRIBUTED BY PRESSREADER PressReader.com +1 604 278 4604 COPYRIGHT AND PROTECTED BY APPLICABLE LAW