EXHIBIT 4



