EXHIBIT 5







U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage
$
Sent To

Street and

City, State

Postmark
Here

Richard Latona
Santurce Placid Court 68
No. 2, San Juan, PR 00907

DPR-35955-0002

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions