**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| 3DNS, INC., | Civil Case No.:  3:26-cv-01101-SCC |
| Plaintiff, | CIVIL ACTION |
| v. | |
| WOW.AI LLC, RICHARD LATONA, and SCOTT WALKER, | |
| Defendants. | |

### MOTION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD

Application is hereby made for a Clerk's Order extending time within which Defendant Scott Walker ("Defendant") may answer, move, or otherwise plead in response to the Complaint filed by Plaintiff herein, and it is represented that:

1.      No previous extension of time has been obtained.

2.      Service of Process was effected on Defendant on April 15, 2026.

3.      Time to Answer, Move, or otherwise Plead expires on May 15, 2026.

4.      The reason for the extension sought is that undersigned counsel was recently retained in this matter and requires additional time to obtain all applicable documentation, perform the necessary investigations, and analyze the allegations in the Complaint. Counsel further needs sufficient time to research applicable legal authorities and determine the appropriate responsive pleading on behalf of Defendant, so as to prepare a proper response thereto.

5.      The expiration date of the proposed extension is June 15, 2026 which is within thirty (30) days of the current deadline.

10264821

**WHEREFORE**, Defendant respectfully requests that the Clerk enter an Order extending the time within which Defendant may answer, move, or otherwise plead in response to the Complaint through and including [proposed new deadline].

Respectfully submitted,

By:    *s/ Gabriela Dávila Micheo*
        Gabriela Dávila Micheo (232008)
        **PORZIO, BROMBERG & NEWMAN, P.C.**
        174 de Diego Avenue
        San Juan, Puerto Rico 00927
        (979) 475-1733 phone
        gmdavilamicheo@pbnlaw.com
        *Attorney for Defendant Scott Walker*

Dated: May 8, 2026

10264821