**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| 3DNS, INC., | Civil Case No.:  3:26-cv-01101-SCC |
| Plaintiff, | CIVIL ACTION |
| v. | |
| WOW.AI LLC, RICHARD LATONA, and SCOTT WALKER, | |
| Defendants. | |

**MOTION TO JOIN CODEFENDANT LATONA'S**
**MOTION FOR EXTENSION OF TIME TO PLEAD AT DOCKET NO. 22**

**TO THE HONORABLE COURT**:

Defendant Scott Walker ("Defendant" or "Mr. Walker), through the undersigned counsel, respectfully submits this Motion to Join Codefendant Richard Latona's ("Mr. Latona") "Motion for Extension of Time to Plead (Pending Resolution of Motion for More Definite Statement Under FRCP 12(e))" at Docket No. 22.

Mr. Walker joins in the relief sought by Codefendant Mr. Latona in his Motion at Docket No. 22 and adopts the arguments asserted therein. Specifically, Mr. Walker respectfully requests that the Court grant both Mr. Latona and Mr. Walker an extension of time within which to answer or otherwise respond to the Complaint, pending the Court's resolution of the "Motion for a More Definite Statement" filed by Codefendant WOW.AI LLC pursuant to Federal Rule of Civil Procedure 12(e).

**WHEREFORE**, Defendant Scott Walker respectfully requests that the Honorable Court: (1) **GRANT** Mr. Latona's "Motion for Extension of Time to Plead (Pending Resolution of Motion for More Definite Statement Under FRCP 12(e))" at Docket No. 22; (2) **EXTEND** the deadline for both Mr. Latona and Mr. Walker to answer, move, or otherwise plead in response to the Complaint until fourteen (14) days after the Court issues its ruling on WOW.AI LLC's pending

10338475

Motion for a More Definite Statement; and (3) **GRANT** such other and further relief as the Court deems just and proper.

On this 15th day of June 2026.

**WE HEREBY CERTIFY** that on this date, the foregoing was electronically filed with the Court using the CM/ECF system, which will provide access to all parties of record.

Respectfully submitted,

By:     *s/ Gabriela Dávila Micheo*
Gabriela Dávila Micheo (232008)
**PORZIO, BROMBERG & NEWMAN, P.C.**
174 de Diego Avenue
San Juan, Puerto Rico 00927
(979) 475-1733 phone
gmdavilamicheo@pbnlaw.com
*Attorney for Defendant Scott Walker*

10338475