**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **3DNS, INC.**<br>Plaintiff,<br><br>Vs.<br><br>**WOW.AI, LLC., RICHARD LATONA, SCOTT WALKER** | Civ. Case No. 26-cv-01101 (SCC)<br><br>Re: **Breach of Contract; Tort, Unjust Enrichment** |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF WOW.AI LLC'S AMENDED DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1**

**MAY IT PLEASE THE COURT**:

**COMES NOW**, Defendant WOW.AI LLC ("**WOW**"), through the undersigned attorneys, and very respectfully States and Prays:

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order of August 24, 2026 (Dkt. 55), Defendant and Counterclaim-Plaintiff WOW.AI LLC ("WOW") files this Amended Disclosure Statement, which amends and supersedes its Disclosure Statement of August 20, 2026 (Dkt. 49) as ¶4 of that Statement undertook within the period the Court set: it completes the domicile of the one natural-person member identified in ¶3 whose domicile was previously undetermined, and addresses the citizenships attributed through WOW's two limited liability company members to the full extent of WOW's own records. Except as so amended, the disclosures of the original Statement are restated unchanged. WOW states:

1. Rule 7.1(a)(1). WOW is a limited liability company organized under the laws of the Commonwealth of Puerto Rico and is not a nongovernmental corporate party. To the extent Rule

7.1(a)(1) applies to it, WOW states that it has no parent corporation and that no publicly held corporation owns 10% or more of any interest in it.

2. Rule 7.1(a)(2). Jurisdiction over the Complaint in this action is pleaded solely on diversity of citizenship under 28 U.S.C. § 1332(a). For that purpose, WOW's citizenship is that of each of its members. Upon reasonable investigation of its maintained membership records, its members' addresses of record, and inquiry of its principals, WOW identifies the following members, listed alphabetically, and their citizenships as of February 19, 2026 (the date the Complaint was filed) and as of this filing, each of whom is already named in the public record of this action:

a. Aura Fields Foundation — a corporation incorporated under the laws of the State of Delaware, a member of WOW since May 14, 2025, with its principal place of business, on information and belief, in the State of Florida.

b. Enduring Legacy Trust — a trust organized under the laws of the Commonwealth of Puerto Rico; its trustee is Ryan Steel, a natural person domiciled in the State of Georgia; to the extent the citizenships of its beneficiaries are also attributed, those citizenships are, on information and belief, citizenships of the Commonwealth of Puerto Rico or of States of the United States.

c. Paul Gauvreau — a natural person and a citizen of the United States, whose domicile as of February 19, 2026 WOW is presently unable to determine; on information and belief, his last domicile known to WOW was the Commonwealth of Puerto Rico. WOW will promptly supplement if further information becomes available.

d. Richard Latona — a natural person domiciled in the Commonwealth of Puerto Rico.

e. Ryan Steel — a natural person domiciled in the State of Georgia.

f. Scott Walker — a natural person domiciled in the Commonwealth of Puerto Rico.

3. WOW's remaining members are sixteen nonparty persons and record-holding vehicles, none of whom is named in any pleading filed by WOW. They are identified by name, together with the citizenship of each, in the Amended Schedule 1 to this Statement. Because the Court's electronic filing system applies a restriction level to a filing as a whole rather than to an individual exhibit, the Amended Schedule 1 is not attached to this public Statement; WOW submits it contemporaneously through a separate Motion to Submit filed in restricted mode, pursuant to Standing Order No. 9 and WOW's Motion to Restrict the Amended Schedule 1, filed this same day, provisionally restricted pending the Court's ruling, with unrestricted access preserved for the Court and all parties of record — the same mechanism by which the original Schedule 1 was tendered (Dkt. 50) and restricted (Dkt. 55). WOW's disclosure obligation is not conditioned on that motion. The set of citizenships attributed to WOW through those sixteen members is disclosed publicly here: the Commonwealth of Puerto Rico (ten natural-person members); the State of California (one natural-person member); the State of Maine (one natural-person member); the State of Texas (one natural-person member); the State of New Jersey (one natural-person member, whose domicile the original Statement was unable to determine — completed in ¶4); and two limited liability company members, whose attributed citizenships are those of their own members, as addressed in ¶4.

4. The original Statement undertook to complete, by amended disclosure within the period the Court set (Dkt. 55), the citizenships attributed through WOW's two limited liability company members and the domicile of the one natural-person member identified in ¶3 whose domicile was then undetermined. This Amended Statement supplies what WOW's investigation of its own records has established as to those items:

a. On information and belief, the domicile of the one natural-person member identified in ¶3 whose domicile was previously undetermined was, on February 19, 2026, and has since remained, the State of New Jersey — based on the member's residence of record, the member's September 2026 written confirmation of a New Jersey residence, and inquiry of WOW's principals. The member is identified by name in the Amended Schedule 1.

b. The citizenships attributed to WOW through its two limited liability company members are those of each entity's own members. The complete member-level composition of those entities is not within WOW's records: WOW's maintained membership records identify each entity member, its holding, and its address of record, but do not establish the complete membership of either entity, or the domicile of any such member, as of February 19, 2026. WOW's investigation did establish the entities themselves: each is identified in WOW's records as a Puerto Rico entity — one also verified against the Commonwealth's corporate registry and related public filings, and distinguished from a similarly named Delaware entity; the other on the executed instruments in WOW's records. While an entity's own organization and location do not determine the citizenship attributed through it, that identification supports the belief WOW states here: on reasonable investigation, WOW continues to believe, as the original Statement stated, that the citizenships attributed through both members are citizenships of the Commonwealth of Puerto Rico or of States of the United States. Whatever citizenships are ultimately attributed through the two entity members, they would be additional to — and could not eliminate — the Delaware citizenship already attributed to WOW through Aura Fields Foundation and disclosed in ¶5, which Plaintiff shares. WOW will promptly supplement under Rule 7.1(b)(2) if member-level information becomes available to it, and to the extent member-level detail beyond WOW's possession or control would otherwise be required, respectfully requests relief under Rule

7.1(a)(2)'s provision that disclosure obligations apply "unless the court orders otherwise" — the provision under which the original Statement sought, and Dkt. 55 set, the period for this amendment.

WOW will further supplement promptly under Rule 7.1(b)(2) if any required information changes.

5. As stated in WOW's Amended Answer (Dkt. 45), at least one member whose citizenship is attributed to WOW is a citizen of the State of Delaware, of which Plaintiff 3DNS, Inc. is also a citizen; as set forth in WOW's Informative Motion of August 17, 2026 (Dkt. 46), that member is Aura Fields Foundation. That disclosure is unchanged.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 9th day of September, 2026.

/S MIGUEL J. ORTEGA NÚÑEZ
Attorney for WOW.AI, LLC.
USDC NO. 220609

ORTEGA, LLC
VIG Tower
1225 Ave. Ponce de Leon
Suite 1504
San Juan, PR 00907
mortega@orlegalgroup.com
Tel. (787) 558-5446